DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Attorneys for Plaintiff*
*Federal Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
 :
FEDERAL INSURANCE COMPANY, :
 :  Civil Action No. 1:10-cv-1160-RJS
                      Plaintiff, :  Hon. Richard J. Sullivan
 :
         – against – :
 :
THE ESTATE OF IRVING GOULD, MEHDI :
ALI, ALEXANDER M. HAIG, JR., THE :
ESTATE OF RALPH SELIGMAN, BURTON :
WINBERG AND J. EDWARD GOFF :
 :
                    Defendants. :
------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rachel V. Stevens will appear in this action an attorney for Plaintiff Federal Insurance Company.  Please serve all notices and other papers in this action upon the undersigned at DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020-1104.

Dated: New York, New York
       July 28, 2010

                                      By: /s_____
                                           Joseph G. Finnerty III
                                           Joshua S. Sohn
                                           Rachel V. Stevens
                                           DLA Piper LLP (US)
                                           1251 Avenue of the Americas
                                           New York, New York 10020
                                           rachel.stevens@dlapiper.com
                                           Tel: (212) 335-4500
                                           Fax: (212) 335-4501

                                           Attorneys for Plaintiff
                                           Federal Insurance Company

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically on July 28, 2010.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Dated:  July 28, 2010                    /s_____
                                          Rachel V. Stevens, Esq.