**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FEDERAL INSURANCE COMPANY,

                          Plaintiff,

- against -

THE ESTATE OF IRVING GOULD, et al.,

                          Defendants.

No. 10 Civ. 1160 (RJS)

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, James R. Serritella, Esq., a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | Alexander D. Hardiman, Esq. |
| Firm Name: | Anderson Kill & Olick, P.C. |
| Address: | 1251 Avenue of the Americas |
| City/State/Zip: | New York, NY 10020 |
| Phone Number: | (212) 278-1000 |
| Fax Number: | (212) 278-1733 |

Alexander D. Hardiman, Esq. is a member in good standing of the Bar of the State of California.

There are no pending disciplinary proceeding against Alexander D. Hardiman, Esq. in any State or Federal court.

Dated: July 23, 2010
City, State: New York, New York

    Respectfully submitted,

| | |
|---|---|
| Sponsor's SDNY Bar | James R. Serritella, Esq. JS2907 |
| Firm Name: | Anderson Kill & Olick, P.C. |
| Address: | 1251 Avenue of the Americas |
| City/State/Zip: | New York, NY 10020-1182 |
| Phone Number: | (212) 278-1000 |
| Fax Number: | (212) 278-1733 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>       Plaintiff,<br><br> - against -<br><br>THE ESTATE OF IRVING GOULD, *et al.*,<br><br>       Defendants. | No. 10 Civ. 1160 (RJS)<br><br>**AFFIDAVIT OF JAMES R. SERRITELLA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of New York  )
         ) ss
County of New York )

  James R. Serritella, being duly sworn, hereby deposes and says as follows:

  1. I am an attorney at Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020, counsel for Defendants in the above-captioned action.

  2. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit Alexander D. Hardiman as counsel *pro hac vice* to represent Defendants in this matter.

  3. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on October 22, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  4. I have known Mr. Hardiman since 2008.

5. Mr. Hardiman is a shareholder at Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

6. I have found Mr. Hardiman to be a skilled attorney and a person of integrity and high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to move the admission of Mr. Hardiman, *pro hac vice*. I respectfully submit a proposed order granting the admission of Alexander D. Hardiman, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Alexander D. Hardiman, *pro hac vice*, to represent Defendants in the above captioned matter, be granted.

James R. Serritella

Sworn to before me this
23rd day of July, 2010.

Notary Public

**MARY E. BROOKS**
**Notary Public, State of New York**
**No. 01BR6076379**
**Qualified in Queens County**
**Commission Expires June 14, 2014**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY,

                           Plaintiff,

- against -

THE ESTATE OF IRVING GOULD, et al.,

                           Defendants..

No. 10 Civ. 1160 (RJS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of James R. Serritella, Esq. attorney for Defendants, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Alexander D. Hardiman, Esq. |
| Firm Name: | Anderson Kill & Olick, P.C. |
| Address: | 1251 Avenue of the Americas |
| City/State/Zip: | New York, NY 10020 |
| Telephone/Fax: | (212) 278-1000 / (212) 278-1733 |
| Email Address: | ahardiman@andersonkill.com |

is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:  New York, New York

                                                                            United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

NYDOCS1-948918.1

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 15, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALEXANDER DAVID HARDIMAN, #197957 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY,

                    Plaintiff,

- against -

THE ESTATE OF IRVING GOULD, *et al.*,

                    Defendants.

No. 10 Civ. 1160 (RJS)

**AFFIDAVIT OF SERVICE**

State of New York    )
                              ) ss
County of New York  )

      James R. Serritella, being duly sworn, deposes and says:

      I am over 18 years of age and I am not a party to this lawsuit. I am employed by the firm of Anderson, Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

      On July 23, 2010, deponent served a true copy of (1) Motion to Admit Counsel *Pro Hac Vice* for Alexander D. Hardiman, (2) the Affidavit of James R. Serritella in Support of Motion to Admit Counsel Pro Hac Vice for Alexander D. Hardiman and (3) a Certificate of Good Standing for Mr. Hardiman upon:

            DLA PIPER LLP (US)
            1251 Avenue of the Americas
            New York, New York 10020
            Telephone:  212-335-4500
            Facsimile:   212-335-4501
            Attn: Joshua S. Sohn

by mailing a true copy by first class mail at the address listed above, and causing it to be deposited in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York.

                                                      James R. Serritella

Sworn to before me this
23rd day of July, 2010.

_____
Notary Public

MARY E. BROOKS
Notary Public, State of New York
No. 01BR6076379
Qualified in Queens County
Commission Expires June 14, 2014

NYDOCS1-948921.1