UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE CO.,

                Plaintiff,

-v-

THE ESTATE OF IRVING GOULD, *et. al.*,

                Defendants.

No. 10 Civ. 1160 (RJS)
~~ORDER~~

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/10

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that the parties shall schedule mediation through the Court's mediation program by September 30, 2010. IT IS FURTHER ORDERED that the parties shall report the result of meditation to this Court and strictly abide by all schedules and timetables that the Court has already established.

Additionally, the parties are advised that the entire mediation process is confidential. The parties and the mediator may not disclose the mediator's identity or information regarding the process, including settlement terms, to the Court or to third persons unless all parties agree otherwise. Persons authorized by the Court to administer or evaluate the mediation program, however, shall have access to information necessary to complete their administration or evaluation. Such authorized persons may also ask parties and counsel for confidential information.

The mediation process shall be treated as a compromise negotiation for purposes of the federal and state rules of evidence. The mediator is disqualified as a witness, consultant, attorney, or expert in any pending or future action related to this dispute. Such pending and future actions include those between persons who are not parties in the mediation process.

SO ORDERED.

Dated:     July 28, 2010
             New York, New York

                                                RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE