SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE COMPANY,

                                              Plaintiff,

- against -

THE ESTATE OF IRVING GOULD, et al.,

                                              Defendants..

No. 10 Civ. 1160 (RJS)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of James R. Serritella, Esq. attorney for Defendants, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Alexander D. Hardiman, Esq. |
| Firm Name: | Anderson Kill & Olick, P.C. |
| Address: | 1251 Avenue of the Americas |
| City/State/Zip: | New York, NY 10020 |
| Telephone/Fax: | (212) 278-1000 / (212) 278-1733 |
| Email Address: | ahardiman@andersonkill.com |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/10

is admitted to practice *pro hac vice* as counsel for Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/30/10
City, State: New York, New York

                                                                      United States District/~~Magistrate~~ Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

NYDOCS1-948918.1