AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

FEDERAL INSURANCE COMPANY,
              Plaintiff,
v.
THE ESTATE OF IRVING GOULD, MEHDI ALI, THE ESTATE OF ALEXANDER M. HAIG, JR.,
THE ESTATE OF RALPH SELIGMAN, BURTON WINBERG AND J. EDWARD GOFF,
            Defendants, Third-party plaintiff
v.
CHARTIS INSURANCE COMPANY OF CANADA (f/k/a AMERICAN HOME ASSURANCE
COMPANY (CANADA BRANCH)) AND TRAVELERS CASUALTY AND SURETY COMPANY,
(f/k/a THE AETNA CASUALTY AND SURETY COMPANY),
            Third-party defendant

Civil Action No. 10 Civ. 1160 (RJS)

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  Chartis Insurance Company of Canada
                                                     145 Wellington Street West
                                                     Toronto, ON, M5J 1H8 Canada

      A lawsuit has been filed against defendants, The Estate of Irving Gould et al., who as third-party plaintiffs are making this claim against you to pay part or all of amounts at issue in connection with the claims brought by the plaintiff Federal Insurance Company against defendants.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Finley T. Harckham, Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020

      It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph G. Finnerty, III, DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

      A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

RUBY J. KRAJICK

Date: 08/09/2010

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>   - against -<br><br>THE ESTATE OF IRVING GOULD, MEHDI ALI, ALEXANDER M. HAIG, JR., THE ESTATE OF RALPH SELIGMAN, BURTON WINBERG and J. EDWARD GOFF,<br><br>        Defendants. | No. 10 Civ. 1160 (RJS)<br><br>**AFFIDAVIT OF SERVICE** |
| THE ESTATE OF IRVING GOULD, MEHDI ALI, THE ESTATE OF ALEXANDER M. HAIG, JR.,THE ESTATE OF RALPH SELIGMAN, BURTON WINBERG and J. EDWARD GOFF,<br><br>      Third-Party Plaintiffs,<br><br>   - against -<br><br>CHARTIS INSURANCE COMPANY OF CANADA (f/k/a American Home Assurance Company (Canada Branch)) and TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a The Aetna Casualty and Surety Company)<br><br>      Third-Party Defendants. | |

   ERIC BURNSIDE, SR., being duly sworn, deposes and says:

NYDOCS1-951069.1

Deponent is not a party to the action, is over 18 years of age and is employed by Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020.

On August 10, 2010 at 12:05 p.m., deponent personally served a true copy of a **THIRD PARTY SUMMONS and COMPLAINT** upon Travelers Casualty and Surety Company and Chartis Insurance Company of Canada by serving:

> State of New York Insurance Department
> 25 Beaver Street
> New York, NY  10004

Service was accepted by Edward Thompson, Legal Assistant, who stated that he is authorized to accept service for Travelers Casualty and Surety Company and Chartis Insurance Company of Canada. Mr. Thompson is a Caucasian male between the ages of 50-60, is approximately 5'10" tall and weighs 160 lbs. He has gray hair and brown eyes and wears glasses.

Eric Burnside, Sr.
(Lic. No. 1258605)

Sworn to before me on this
10th day of August, 2010

Notary Public

DONALD FLYNN
NOTARY PUBLIC, State of New York
No. 01FL5046358
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires July 10, 2011