**BSWB**
ATTORNEYS AT LAW

CHICAGO
LONDON
NEW YORK
PRINCETON

Boundas, Skarzynski, Walsh & Black, LLC
One Battery Park Plaza  32nd Floor  New York, New York 10004
Phone: 212.820.7700  Fax: 212.820.7740  Web: www.bswb.com

# MEMO ENDORSED

James Sandnes
Direct Dial: 212.820.7760
jsandnes@bswb.com

September 3, 2010

**VIA PDF EMAIL**
sullivannysdchambers@nysd.uscourts.gov

The Honorable Richard Sullivan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/10
```

Re:   *Federal Insurance Co. v. Estate of Irving Gould, et al.,*
      Case 10-Civ.-1160 (RJS)

Dear Judge Sullivan:

  We are counsel to third-party defendant Travelers Casualty and Surety Company of America ("Travelers") in the above-referenced matter. On August 18, 2010 Travelers was served with a third-party complaint in the case. Travelers' response, therefore, is currently due on September 8, 2010.

  The third-party complaint seeks coverage under a 16-year old, high excess layer, D&O insurance policy. Travelers is still in process of locating the relevant files. Accordingly, we write seeking a brief adjournment of Travelers' time to answer, move or otherwise respond to the third-party complaint to and including September 22, 2010. There have been no previous requests for such an adjournment and I am authorized to say that counsel for the defendants-third-party plaintiffs consent to this request.

  Thank you for your consideration of this matter.

Respectfully submitted,

James Sandnes

cc:   Findley Harckham, Esq. (fharckham@andersonkill.com)
      Joseph G. Finnerty III, Esq. (joseph.finnerty@dlapiper.com)

4832-4467-3031

SO ORDERED
Dated:
9/7/10

RICHARD J. SULLIVAN
U.S.D.J.