UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
FEDERAL INSURANCE COMPANY,                                   :
                                                             :  Case No. 10 Civ. 1160 (RJS)
            Plaintiffs,                                      :
                                                             :
      v.                                                     :
                                                             :
THE ESTATE OF IRVING GOULD, MEHDI                            :
ALI, ALEXANDER M. HAIG, JR., THE                             :
ESTATE OF RALPH SELIGMAN, BURTON                             :
WINBERG and J. EDWARD GOFF,                                  :
                                                             :
            Defendants.                                      :
                                                             :
------------------------------------------------------------ x
                                                             :
THE ESTATE OF IRVING GOULD, MEHDI                            :
ALI, ALEXANDER M. HAIG, JR., THE                             :
ESTATE OF RALPH SELIGMAN, BURTON                             :
WINBERG and J. EDWARD GOFF,                                  :
                                                             :
            Third-Party Plaintiffs,                          :
                                                             :
      v.                                                     :
                                                             :
CHARTIS INSURANCE COMPANY OF                                 :
CANADA (f/k/a American Home Assurance                        :
Company (Canada Branch)) and TRAVELERS                       :
CASUALTY AND SURETY COMPANY (f/k/a                           :
The Aetna Casualty and Surety Company),                      :
                                                             :
            Third-Party Defendants.                          :
                                                             :
------------------------------------------------------------ x

**THIRD-PARTY DEFENDANT CHARTIS INSURANCE COMPANY OF CANADA'S
(F/K/A AMERICAN HOME ASSURANCE COMPANY)
<u>RULE 7.1 STATEMENT</u>**

Third-Party Defendant Chartis Insurance Company of Canada (f/k/a American Home Assurance Company) ("CICC"), through its undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.1.1, certifies the following information with regard to its corporate parents, subsidiaries, or affiliates.

CICC is a wholly-owned subsidiary of Chartis U.S., Inc., which is a wholly-owned subsidiary of Chartis Inc. Chartis Inc. is a wholly-owned subsidiary of American International Group, Inc., which is a publicly-held company.

Dated:  New York, New York
        September 9, 2010

ALSTON & BIRD LLP

By: /s/ *[signature]*
Todd R. David (*admission pending*)
Alexander S. Lorenzo
90 Park Avenue
New York, New York  10016
(212) 210-9400

*Attorneys for Third-Party Defendant Chartis Insurance Company of Canada (f/k/a American Home Assurance Company)*