UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE CO.,

                Plaintiff,

    -v-

THE ESTATE OF IRVING GOULD, *et. al.*,

                Defendants.

No. 10 Civ. 1160 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/10

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter, dated September 28, 2010, from Plaintiff, requesting leave to file a motion for a judgment on the pleadings, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. The Court is also in receipt of a letter, dated October 1, 2010, from Defendants, opposing this request. IT IS HEREBY ORDERED that the parties shall appear for a pre-motion conference on Wednesday, October 13, 2010 at 11:00 a.m. in Courtroom 21C.

    The Court is also in receipt of a letter, dated September 30, 2010 from Defendants requesting that the Court "extend the deadline for mediation through November 30, 2010." The Court's July 28, 2010 Order, however, only ordered the parties *to schedule* mediation by September 30, 2010. Accordingly, IT IS HEREBY ORDERED that the Court amends its July 28, 2010 Order so that the parties shall schedule mediation by November 30, 2010, rather than by September 30, 2010.

SO ORDERED.

Dated:     October 4, 2010
          New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE