AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern          DISTRICT OF          New York

Federal Insurance Company

**APPEARANCE**

v.

Case Number: 1:10-cv-01160-RJS

The Estate of Irving Gould, et. al

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/8/2010 | *[signature]* |
| Date | Signature |

Rene F. Hertzog
Print Name                                              Bar Number

1251 Avenue of the Americas
Address

| New York | New York | 10020 |
|---|---|---|
| City | State | Zip Code |

| (212) 278-1000 | (212) 278-1733 |
|---|---|
| Phone Number | Fax Number |