

**MEMO ENDORSED**

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph G. Finnerty III
Joseph.finnertyiii@dlapiper.com
T  212.335.4800
F  212.884.8680

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/10

October 7, 2010

*VIA E-MAIL: sullivannysdchambers@nysd.uscourts.gov*

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:   *Federal Insurance Co. v. The Estate of Irving Gould, et al.*,
      No. 10 Civ. 1160 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

On behalf of plaintiff Federal Insurance Company ("Federal"), we write to seek a brief adjournment of the October 13, 2010, pre-motion conference scheduled pursuant to the Court's October 5, 2010 Order.

My firm's management meetings requiring my attendance have been scheduled in California for October 13, 2010, and the Court's pre-motion conference is now scheduled for that day. Accordingly, we respectfully request that the conference be rescheduled. Consistent with Your Honor's individual practices, we have conferred with counsel for all parties, and all consent to Federal's request. No previous request for an adjournment has been made. Additionally, all parties are available on October 18 or 20, should either of those dates be convenient for the Court.

Please let us know if Your Honor has any questions or requires any additional information.

The conference is adjourned to October 27, 2010 at 9:30 a.m.

SO ORDERED
Dated: 10/7/10   RICHARD J. SULLIVAN
                 U.S.D.J.

Respectfully submitted,

Joseph G. Finnerty III

cc:   Finlay Harkham, Esq., *Counsel for Defendants and Third-Party Plaintiffs*
      Alexander Lorenzo, Esq. *Counsel for Third-Party Defendant Chartis Insurance Co. of Canada*
      James Sandnes, Esq., *Counsel for Third-Party Defendant Travelers Casualty and Surety Company*