**MEMO ENDORSED**



DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Joseph G. Finnerty III
Joseph.finnertyiii@dlapiper.com
T  212.335.4800
F  212.884.8660

October 12, 2010

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/10
```

*VIA E-MAIL: sullivannysdchambers@nysd.uscourts.gov*

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

Re:  *Federal Insurance Co. v. The Estate of Irving Gould, et al.,*
     No. 10 Civ. 1160 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

On behalf of plaintiff Federal Insurance Company ("Federal"), and again with the consent of all parties, we write to seek adjournment of the October 27, 2010, pre-motion conference scheduled pursuant to the Court's October 8, 2010 Order.

Following Federal's October 7, 2010 letter to Your Honor, the Court adjourned the pre-motion conference from October 13 to October 27, 2010. Unfortunately, I will be traveling overseas that week and will be unable to attend a conference with the Court on that date. Consistent with Your Honor's individual practices, we have conferred with counsel for all parties, and all consent to Federal's request. One previous request for an adjournment has been made, and was granted. In order to try to avoid additional scheduling conflicts, all parties are available for a conference on the following dates: the morning of October 29, 2010, all day on November 1, and the morning of November 3, 2010. Conversely, the following dates are not available for one or more of the parties: October 20 through October 22, October 25 through October 28, and November 2, 4 and 5. We would be happy to provide additional available dates in November if the Court would like.

Please let us know if Your Honor has any questions or requires any additional information. We very much appreciate the Court's consideration.

Respectfully submitted,

Joseph G. Finnerty III



Honorable Richard J. Sullivan
October 12, 2010
Page Two

cc: Finlay Harkham, Esq., *Counsel for Defendants and Third-Party Plaintiffs*
Alexander Lorenzo, Esq. *Counsel for Third-Party Defendant Chartis Insurance Co. of Canada*
James Sandnes, Esq., *Counsel for Third-Party Defendant Travelers Casualty and Surety Company*

EAST\43703819.1

> This request is GRANTED. IT IS HEREBY ORDERED that the October 27, 2010 premotion conference is adjourned to Friday, October 29, 2010 at 11:00 a.m. in Courtroom 21C.

SO ORDERED.
Dated: 10/13/10
RICHARD J. SULLIVAN
U.S.D.J.