UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL INSURANCE CO., <br><br> Plaintiff, <br><br> -v- <br><br> THE ESTATE OF IRVING GOULD, *et. al.*, <br><br> Defendants. | No. 10 Civ. 1160 (RJS) <br> ORDER |

RICHARD J. SULLIVAN, District Judge:

As stated on the record at the October 29, 2010 conference, Defendants shall submit a pre-motion letter regarding their anticipated motion for a judgment on the pleadings by no later than Friday, November 5, 2010. Plaintiff and, if they wish to do so, Third Party Defendants, shall respond to Defendants' pre-motion letter by no later than Wednesday, November 10, 2010. Plaintiff shall consult with all parties and include a proposed briefing schedule for all motions in its November 10 letter.

Additionally, Third Party Defendants have leave to amend their answers by no later than November 5, 2010.

SO ORDERED.

Dated:   November 1, 2010
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE