UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL INSURANCE CO.,

          Plaintiff,

-v-

THE ESTATE OF IRVING GOULD, et. al.,

          Defendants.

No. 10 Civ. 1160 (RJS)
ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/10
```

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a pre-motion letter, dated November 5, 2010, from Defendants, seeking leave to file a motion for partial summary judgment. The Court is also in receipt of response letters, dated November 9 and 10, 2010, from Plaintiff and Third-Party Defendants, opposing this request. Plaintiff's letter also proposes a briefing schedule for both Plaintiff's and Defendants' motions. This proposal is granted. Accordingly, IT IS HEREBY ORDERED that the parties shall adopt the following briefing schedule with respect to their motions:

    December 15, 2010        Motion and accompanying papers shall be filed;

    January 19, 2011           Opposition papers shall be filed; and

    February 2, 2011          Reply papers shall be filed.

The parties shall coordinate so that duplicative briefing is avoided. Additionally, the parties shall adhere the Court's Individual Practices, Rule 2, with respect to filing their motions.

SO ORDERED.

Dated:    November 12, 2010
          New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE