DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
(212) 335-4500
*Attorneys for Plaintiff Federal Insurance Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

FEDERAL INSURANCE COMPANY,

                Plaintiff,

        – against –

THE ESTATE OF IRVING GOULD, MEHDI
ALI, ALEXANDER M. HAIG, JR., THE
ESTATE OF RALPH SELIGMAN, BURTON
WINBERG AND J. EDWARD GOFF,

             Defendants.

----------------------------------------------------------------

THE ESTATE OF IRVING GOULD, MEHDI
ALI, ALEXANDER M. HAIG, JR., THE
ESTATE OF RALPH SELIGMAN, BURTON
WINBERG AND J. EDWARD GOFF,

           Third-Party Plaintiffs,

        – against –

CHARTIS INSURANCE COMPANY OF
CANADA (f/k/a American Home Assurance
Company (Canada Branch)) and TRAVELERS
CASUALTY AND SURETY COMPANY (f/k/a
the Aetna Casualty and Surety Company),

          Third-Party Defendants.

---------------------------------------------------------------- x

No. 10 Civ. 1160 (RJS)

NOTICE OF MOTION

      PLEASE TAKE NOTICE that upon the accompanying Declaration of Rachel V. Stevens,

Esq. sworn to on December 15, 2010 with exhibits thereto, the accompanying Memorandum of

Law in Support of Federal Insurance Company's Motion for Judgment on the Pleadings, and

proceedings heretofore had herein, Plaintiff Federal Insurance Company, by its undersigned

attorneys, DLA Piper LLP (US), will move this Court before the Honorable Richard J. Sullivan,

in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 640, New

York, New York 10007, on a date and time to be determined by the Court, for an Order granting

Federal Insurance Company's motion for judgment on the pleadings, and granting such other and

further relief as the Court deems just and proper.

Dated: New York, New York
      December 15, 2010

                             DLA PIPER LLP (US)

                             By: _____
                             Joseph G. Finnerty III
                             Rachel V. Stevens
                             DLA PIPER LLP (US)
                             1251 Avenue of the Americas
                             New York, New York  10020
                             Telephone:    (212) 335-4500
                             Facsimile:     (212) 335-4501
                             E-mail:  joseph.finnerty@dlapiper.com
                                         rachel.stevens@dlapiper.com

                           *Attorneys for Plaintiff Federal Insurance
                           Company*