James Sandnes (JS-8944)
BOUNDAS, SKARZYNSKI, WALSH & BLACK, LLC
One Battery Park Plaza, 32nd Floor
New York, NY  10004
Ph:     (212) 820-7700
Fax:    (212) 820-7740
jsandnes@bswb.com

*Attorneys for Third Party Defendant Travelers*
  *Casualty and Surety Company*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
FEDERAL INSURANCE COMPANY,                            :
                                                      :
                Plaintiffs,                       :      No. 10 Civ. 1160 (RJS)
                                                      :
    v.                                              :
                                                      :
THE ESTATE OF IRVING GOULD, MEHDI                     :
ALI, ALEXANDER M. HAIG, JR., THE                      :
ESTATE OF RALPH SELIGMAN, BURTON                      :
WINBERG and J. EDWARD GOFF,                           :
                                                      :
                Defendants.                       :
---------------------------------------------------------------x
                                                      :
THE ESTATE OF IRVING GOULD, MEHDI                     :
ALI, ALEXANDER M. HAIG, JR., THE                      :
ESTATE OF RALPH SELIGMAN, BURTON                      :
WINBERG and J. EDWARD GOFF,                           :
                                                      :
                Third-Party Plaintiffs,           :
                                                      :
    v.                                              :
                                                      :
CHARTIS INSURANCE COMPANY OF                          :
CANADA (f/k/a American Home Assurance                 :
Company (Canada Branch)) and TRAVELERS                :
CASUALTY AND SURETY COMPANY (f/k/a                    :
The Aetna Casualty and Surety Company),               :
                                                      :
                Third-Party Defendants.           :
---------------------------------------------------------------x

### NOTICE OF THIRD PARTY DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY'S (f/k/a THE AETNA CASUALTY AND SURETY COMPANY) MOTION FOR JUDGMENT ON THE PLEADINGS

PLEASE TAKE NOTICE that, upon the Third Party Complaint in the above-captioned action, the Third Party Defendant, Travelers Casualty and Surety Company's ("Travelers") Memorandum of Law in Support of Motion for Judgment on the Pleadings, the Declaration of James Sandnes, Travelers' Answer to the Third Party Complaint and all other pleadings and proceedings, Travelers will move this Court, before the Honorable Richard J. Sullivan, United States District Judge, at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time designated by the Court, for an Order pursuant to Fed. R. Civ. P. 12(c) granting judgment on the pleadings that coverage under Travelers' excess directors and officers liability policy, Policy No. 095 LB 095 000 440 BCA, does not drop down and has not been triggered and granting such other and further relief as may be just and proper.

Dated:   New York, New York
         December 15, 2010

                                    BOUNDAS, SKARZINSKI, WALSH &
                                      BLACK LLC

                                    By:      s/
                                          James Sandnes (JS-8944)

                                    One Battery Park Plaza
                                    New York, New York 10004
                                    (212) 820-7700
                                    jsandnes@bswb.com

                                    *Attorneys for Third-Party Defendant Travelers
                                      Casualty and Surety Company*

2