**MEMO ENDORSED**

# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Alexander S. Lorenzo　　　Direct Dial: 212-210-9528　　　E-mail: alexander.lorenzo@alston.com

January 15, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/11

VIA ELECTRONIC MAIL

Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Room 640
New York, New York 10007

　　　Re:　*Federal Insurance Co. v. The Estate of Irving Gould, et al.,*
　　　　　No. 10 Civ. 1160 (RJS) (S.D.N.Y.)

Dear Judge Sullivan:

　　　We represent Third-Party Defendant American Home Assurance Company (n/k/a Chartis Insurance Company of Canada) in the above-referenced action. We write with the consent of all parties to request the following extensions to the briefing schedule for the parties' motions for judgment on the pleadings and motion for summary judgment:

　　(i)　That the current January 19, 2011 deadline for the filing of opposition papers be extended to January 26, 2011; and

　　(ii)　That the current February 2, 2011 deadline for the filing of reply papers be extended to February 16, 2011.

　　　This is the first request for an extension to the briefing schedule. We appreciate the Court's attention to this request.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*Alexander Lorenzo*

　　　　　　　　　　　　　　　　　　Alexander S. Lorenzo

cc:　Counsel of Record

This request is GRANTED.

SO ORDERED
RICHARD J. SULLIVAN
U.S.D.J.
1/18/11