UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL INSURANCE CO.,

        Plaintiff,

-v-

THE ESTATE OF IRVING GOULD, *et. al.*,

        Defendants.

---

No. 10 Civ. 1160 (RJS)
ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/11
```

RICHARD J. SULLIVAN, District Judge:

In light of the parties' partially-briefed motions, IT IS HEREBY ORDERED that the post-discovery conference scheduled for January 26, 2011 is cancelled.

SO ORDERED.

Dated:    January 21, 2011
             New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE