UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. 1:10-cv-1160-RJS |
| | : | |
| v. | : | Hon. Richard J. Sullivan |
| | : | |
| THE ESTATE OF IRVING GOULD, MEHDI ALI, ALEXANDER M. HAIG, JR., THE ESTATE OF RALPH SELIGMAN, BURTON WINBERG and J. EDWARD GOFF, | : | |
| | : | |
| Defendants. | : | |

----------------------------------------------------------------x

THE ESTATE OF IRVING GOULD, MEHDI ALI, ALEXANDER M. HAIG, JR., THE ESTATE OF RALPH SELIGMAN, BURTON WINBERG and J. EDWARD GOFF,

              Third-Party Plaintiffs,

   v.

CHARTIS INSURANCE COMPANY OF CANADA (f/k/a American Home Assurance Company (Canada Branch)) and TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a The Aetna Casualty and Surety Company),

              Third-Party Defendants.

----------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Tammy Yuen will appear in this action as an additional attorney for Third Party Defendant, Travelers Casualty and Surety Company (f/k/a The Aetna Casualty and Surety Company). Please serve all notices and other papers in this action upon the

undersigned at Boundas, Skarzynski, Walsh & Black, LLC, One Battery Park Plaza, New York, New York 10004.

Dated: New York, New York
February 16, 2011

By:     /s Tammy Yuen
Tammy Yuen
Boundas, Skarzynski, Walsh & Black LLC
One Battery Park Plaza
New York, New York 10004
Tel:  (212) 820-7700
Fax: (212) 820-7740
jsandnes@bswb.com
tyuen@bswb.com

*Attorneys for Third-Party Defendant
  Travelers Casualty and Surety Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on February 16, 2011.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: February 16, 2011                                         /s  Tammy Yuen
                                                                                Tammy Yuen


4818-3057-8952, v.  1