UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

FEDERAL INSURANCE COMPANY,

    Plaintiff,

v.

THE ESTATE OF IRVING GOULD, MEHDI ALI, ALEXANDER M. HAIG, JR., THE ESTATE OF RALPH SELIGMAN, BURTON WEINBERG and J. EDWARD GOFF,

    Defendants.

------------------------------------------------------------ x

THE ESTATE OF IRVING GOULD, MEHDI ALI, ALEXANDER M. HAIG, JR., THE ESTATE OF RALPH SELIGMAN, BURTON WEINBERG and J. EDWARD GOFF,

    Third-Party Plaintiffs,

v.

CHARTIS INSURANCE COMPANY OF CANADA (f/k/a American Home Assurance Company (Canada Branch)) and TRAVELERS CASUALTY AND SURETY COMPANY (f/k/a The Aetna Casualty and Surety Company),

    Third-Party Defendants.

------------------------------------------------------------ x

Case No. 10 Civ. 1160 (RJS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-11

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Third-Party Plaintiffs the Estate of Irving Gould, Mehdi Ali, the Estate of Alexander M. Haig, Jr., the Estate of Ralph Seligman, Burton Weinberg and J. Edward Goff and Third-Party Defendant Chartis

Insurance Company of Canada (f/k/a American Home Assurance Company (Canada Branch)) ("American Home") hereby stipulate to the voluntarily dismissal of Third-Party Plaintiffs' Third-Party Complaint against American Home in its entirety with prejudice. Each Party will bear its own costs and fees.

Dated: New York, New York
October~~August~~ 19 2011

| ANDERSON KILL & OLICK, P.C. | ALSTON & BIRD LLP |
|---|---|
| By: _____ | By: _____ |
| Finley T. Harckham | Todd R. David |
| Alex D. Hardiman | Alexander S. Lorenzo |
| James R. Serritella | 90 Park Avenue |
| 1251 Avenue of the Americas | New York, New York 10016 |
| New York, New York 10020 | Tel.: (212) 210-9400 |
| Tel: (212) 278-1000 | |
| | *Attorneys for Third-Party Defendant* |
| *Attorneys for Third-Party Plaintiffs* | *Chartis Insurance Company of Canada* |
| *the Estate of Irving Gould, Mehdi* | *(f/k/a American Home Assurance* |
| *Ali, the Estate of Alexander M.* | *Company (Canada Branch))* |
| *Haig, Jr., the Estate of Ralph* | |
| *Seligman, Burton Weinberg and J.* | |
| *Edward Goff* | |

SO ORDERED:

_____
U.S.D.J.
10/19/11