UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FEDERAL INSURANCE CO.,

                Plaintiff,

-v-

THE ESTATE OF IRVING GOULD, *et. al.*,

                Defendants.

No. 10 Civ. 1160 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from the parties dated October 28, 2011, stating that in light of the Court's September 28, 2011 Memorandum and Order, as well as the settlement with respect to the claims asserted against third-party Defendant Chartis Insurance Company of Canada, the parties "believe that all remaining claims and third-party claims should be dismissed with prejudice." Accordingly, IT IS HEREBY ORDERED that this case is dismissed with prejudice but without costs. However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the undersigned's calendar. Upon receipt of such a letter, this action will be restored.

SO ORDERED.

Dated:    October 28, 2011
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-30-11