UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

USDC - SDNY
1:10-cv-01160-RJS

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand and thirteen.

Mehdi Ali, The Estate of Alexander M. Haig, Jr., The Estate of Ralph Seligman, Burton Winberg, J. Edward Goff, The Estate of Irving Gould,

    Appellants,

v.

Federal Insurance Company, Travelers Casualty and Surety Company of America,

    Appellees.

**DOCKETED AS A JUDGMENT** #13,1669
**ON** 8/28/13

STATEMENT OF COSTS
Docket No. 11-5000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 28, 2013

IT IS HEREBY ORDERED that costs are taxed in the amount of $249.00 in favor of Appellee Federal Insurance Company.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*[signature: Catherine O'Hagan Wolfe]*
CERTIFIED COPY ISSUED ON 08/28/2013